UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO: 23-CR-00188-MSS-AEP

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLOS EDUARDO RESTREPO-OSORIO,

    Defendant.
_____/

## NOTICE TO THE COURT

COMES NOW, the Defendant, CARLOS EDUARDO RESTREPO-OSORIO ("Mr. Osorio"), by and though undersigned counsel - Richard J. Diaz ("Attorney Diaz")- and notifies this Court that due to Attorney Diaz' presence in an ongoing jury trial in Miami, Florida, Attorney Diaz is unable to attend the initial appearance in this case set for June 13, 2023. Notwithstanding, and with Mr. Osorio's consent, Attorney Diaz has arranged for Attorney Luis Guerra, who is admitted into the Middle District of Florida, to cover the June 13, 2023 initial appearance. Recently, Attorney Diaz and Attorney Guerra jointly zoomed with Mr. Restrepo to prepare him for his June 13, 2023 initial appearance.

Assistant United States Attorney Joseph Ruddy has also been notified.

Respectfully submitted,

s/ Richard J. Diaz

_____
Richard J. Diaz, Esq.
3127 Ponce De Leon Blvd.
Coral Gables, FL  33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
F.B.N. 0767697

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed and electronically served via ECF/CM this 13 day of June, 2023 upon AUSA Joseph Ruddy.

s/ Richard Diaz

_____
Richard J. Diaz, Esq.