UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:23-cr-188-MSS-AEP

CARLOS RESTREPPO-OSORIO

**GOVERNMENT'S CORRECTED UNOPPOSED
MOTION TO CORRECT SCRIVENER'S ERROR**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby respectfully files this unopposed motion to correct a scrivener's error in the caption of the Information for Carlos Restrepo-Osorio. The correction to the Information Caption is as follows:

UNITED STATES OF AMERICA

v.

CARLOS RESTREPO-OSORIO

**Memorandum of Law**

Case law permits the correction of obvious clerical errors. *See, e.g., United States v. Field*, 875 F.2d 130, 133-4 (7th Cir. 1989). "[T]he settled rule in federal courts . . . permits changes in indictments that are merely 'a matter of form' or which correct insignificant clerical errors. . . . An amendment of form and not of substance occurs when the defendant is not misled in any sense, is not subjected to any added burden, and is not otherwise prejudiced." *United States v. Kegler*, 724 F.2d 190, 195 (D.C. Cir. 1983); *United States v. Oliyinka Sobamowo*, 892 F.2d 90, 97 (D.C. Cir.), *cert.*

*denied*, 498 U.S. 825 (1990).  An indictment ordinarily may be amended provided that any evidence defendant had before the amendment would be equally available to him after the amendment. Accordingly, amendments that are merely a matter of form are freely permitted. *United States v. Johnson*, 741 F.2d 1338, 1340-41 (11th Cir.), *cert. denied*, 471 U.S. 1117 (1985); *Russell v. United States*, 369 U.S. 749, 770 (1962).

The defendant does not oppose the Court's granting of this motion.

WHEREFORE, it is respectfully prayed that this Honorable Court enter an order correcting the defendant's name in the case caption and the Information (Doc. 1).

    Respectfully submitted,

    ROGER B. HANDBERG
    United States Attorney

By:    /s/ Joseph K. Ruddy
    JOSEPH K. RUDDY
    Assistant United States Attorney
    United States Attorney No. 037
    400 N. Tampa St., Ste. 3200
    Tampa, FL 33602-4798
    Telephone: (813) 274-6000
    Facsimile: (813) 274-6358
    joseph.ruddy@usdoj.gov

**U.S. v. Carlos Restrepo-Osorio**     Case No. 8:23-cr-188-MSS-AEP

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

Richard J. Diaz, Esq.

>                                  /s/ Joseph K. Ruddy
> JOSEPH K. RUDDY
> Assistant United States Attorney
> United States Attorney No. 037
> 400 N. Tampa St., Ste. 3200
> Tampa, FL 33602-4798
> Telephone: (813) 274-6000
> Facsimile: (813) 274-6358
> E-mail: toni.goodin@usdoj.gov