UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:23-cr-188-MSS-AEP | **DATE:** | June 13, 2023 |
| **HONORABLE THOMAS G. WILSON** | | **INTERPRETER:** | n/a |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS EDUARDO RESTREPO-OSORIO | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Joseph Ruddy AUSA | |
| | | **DEFENSE COUNSEL**<br>Mr. Guerra, Esq. for Richard Diaz, Esq. (Ret) | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Karina Nieves |
| **TIME** 3:02-3:15 | **TOTAL:** 13 MIN | **PRETRIAL:** | Carlos Figueroa |
| | | **COURTROOM:** | 12A |

**PROCEEDINGS: INITIAL APPEARANCE & ARRAIGNMENT**

Defendant provided a copy of the Information. Waiver of indictment executed. Defendant has self-surrendered.

Court summarizes the charges and advises Defendant of Rule 5 rights.

Defendant denied needing an interpreter.

Defendant has retained counsel, Richard Diaz, Esq.

Endorsed order to be entered granting to correct scrivener's error.

Defendant entered a plea of not guilty.

Bond:  Government is seeking detention. Defendant self-surrendered from Columbia and has no ties to the United States.

    Defendant: Reserve the right for detention hearing. Immigration detainer pending.

    Court:  Defendant is ordered detained.

NOT GUILTY PLEA ENTERED AS TO ALL COUNTS
TRIAL TERM: August 2023 beginning week of July 31, 2023, before MMS
STATUS REPORTS – due on the 15th of each month

Oral motion for discovery.  Oral motion for reciprocal discovery.

Referred to Magistrate Judge Porcelli for pretrial discovery order.  Pretrial discovery order to be electronically filed.

Oral Order of Due Process.  Defendant is ordered detained.