AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 8:23cr188-MSS-AEP |
| | ) | |
| CARLOS EDUARDO RESTREPO-OSORIO | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   CARLOS EDUARDO RESTREPPO-OSORIO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☒ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute and possess with intent to distribute five kilograms or more of cocaine while on board an aircraft registered in the United States, distribution of five kilograms or more of cocaine while on board an aircraft registered in the United States, possession with intent to distribute five kilograms or more of cocaine while on board an aircraft registered in the United States, in violation of 21 U.S.C. §§ 959(c)(1), (c)(2), 21 U.S.C. § § 959(c)(1), and 21 U.S.C. § § 959(c)(2).

Date: 6/13/2023

*Issuing officer's signature*

City and state: Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/10/25, and the person was arrested on *(date)* 6/13/23
at *(city and state)* Tampa, FL.

Date: 6/13/23   for ICE

*Arresting officer's signature*

DeVall   CUSM
*Printed name and title*