AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | Criminal No. |
| CARLOS EDUARDO RESTREPO-OSORIO | 8:23-cr-188-MSS-AEP |

I, Carlos Eduardo Restrepo-Osorio, the above named defendant, who is accused of knowingly and intentionally conspiring to distribute and possession with intent to distribute a controlled substance, which violation involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, while on board an aircraft registered in the United States, in violation of 21 U.S.C. §§ 959, 963 (Count One); knowingly and intentionally, while aiding and abetting other persons, to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, on board an aircraft registered in the United States, in violation of 21 U.S.C. §§ 959(c)(1) and 960(b)(1)(B)(ii) and 18 U.S.C. § 2 (Count Two); and knowingly and intentionally, while aiding and abetting other persons, to possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, on board an aircraft registered in the United States, in violation of 21 U.S.C. §§ 959(c)(2) and 960(b)(1)(B)(ii) and 18 U.S.C. § 2 (Count Three), being



advised of the nature of the charges, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
CARLOS EDUARDO RESTREPO-OSORIO
Defendant

_____
RICHARD J. DIAZ, Esq.
Counsel for Defendant

Before  _Thomas G. Wilson_____
              Judicial Officer

2