UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE No. 8:23-CR-188-MSS-AEP

CARLOS RESTREPO- OSORIO

_____

ORDER OF DETENTION

THIS CAUSE came to be heard at the time of the defendant's initial appearance. For the following reasons, the defendant should be detained without bail.

The defendant has been indicted in this case and charged with three counts of manufacture/distribution for illegal important of a controlled substance in violation of 21 U.S.C. § 959(c)(1),(c)(2), 963 and 960(b)(1)(B)(ii). The government requested that the defendant be detained. The defendant did not challenge the request for detention at this time but requested, and was granted, the right to have the matter of bail reconsidered on the filing of an appropriate motion.

It is, therefore, upon consideration,

ORDERED:

1. That the defendant, CARLOS RESTREPO- OSORIO, shall hereby be **DETAINED** without bond.

2. That the defendant is hereby COMMITTED to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. That the defendant shall be afforded reasonable opportunity for private consultation with counsel.

4. That the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of appearing in court.

DONE and ORDERED at Tampa, Florida, this 15th day of JUNE, 2023.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

2B