UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                                CASE NO. 8:23-cr-188-MSS-AEP

CARLOS RESTREPO-OSORIO

## JULY STATUS REPORT

The United States of America, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. Based upon the Court's order of June 14, 2023, the United States has consulted with defense counsel and herein states as follows:

    1.    <u>Brief summary of the case's status:</u>

A three-count Information was filed on June 8, 2023, along with a Waiver of Indictment. Docs. 1,2. Count One charges a conspiracy to possess with intent to distribute five kilograms or more of cocaine while on board an aircraft registered of the United States. Count Two charges the defendant with possession with intent to distribute five kilograms or more of cocaine while on board an aircraft registered in the United States. Count Three charges the defendant with distribution of five kilograms or more of cocaine while on board an aircraft registered in the United States. On June 13, 2023, a Plea Agreement was filed on the open Court Docket. Doc. 13.

A change of plea hearing has been set for July 19, 2023.   Doc. 22.

The defendant self-surrendered to United States authorities on June 13, 2023 and made his initial appearance on June 14, 2023.   Doc.   The defendant pleaded not guilty.

2. <u>Possibility of a plea agreement</u>:

The defendant has executed a plea agreement and a guilt plea hearing has been set for July 19, 2023 before the Honorable Anthony E. Porcelli, United States Magistrate Judge.   Doc. 22

3. <u>Number of days required for trial, for government's case-in-chief:</u>

A trial in this case is extremely unlikely.   A plea agreement has been executed, filed and the Change of Plea hearing is set for July 19, 2023. Id.

4. <u>Pending motions, dates on which they were filed, and whether they are ripe for determination:</u>

There are no motions pending at this time.

5.  <u>Potential speedy trial problems:</u>

There are no speedy trial issues. The defendant made his initial appearance on June 14, 2023 and his change of plea is set for July 19, 2022.

                            Respectfully submitted,

                            ROGER B. HANDBERG
                            United States Attorney

By:   <u>/s/ Joseph K. Ruddy</u>
        JOSEPH K. RUDDY
        Assistant United States Attorney
        USAO No.: 037
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone:  (813) 274-6000
        Facsimile:  (813) 274-6358
        E-mail:      joseph.ruddy@usdoj.gov

U.S. v. Jhon Alonzo Ferreira              Case No. 8:23-cr-188-MSS-AEP

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the counsel of record.

Richard J. Diaz, Esq.

/s/ Joseph K. Ruddy
JOSEPH K. RUDDY
Assistant United States Attorney
USAO No.: 037
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail:     joseph.ruddy@usdoj.gov