# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

## CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:23-cr-188-MSS-AEP | **DATE:** | July 19, 2023 |
| **HONORABLE ANTHONY E. PORCELLI** | | **INTERPRETER:** | n/a |
| UNITED STATES OF AMERICA | | **LANGUAGE:** | |
| v. | | **GOVERNMENT COUNSEL**<br>Joe Ruddy AUSA | |
| CARLOS RESTREPO-OSORIO | | **DEFENSE COUNSEL**<br>Richard Diaz, Esq. | |
| **COURT REPORTER:** digital | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 2:10 to 2:47 | **TOTAL: 37** MIN | **PROBATION:** | |
| | | **COURTROOM:** | 10A |

PROCEEDINGS:  GUILTY PLEA PROCEEDING

Defendant provided w/copy of <u>INFORMATION</u>; advised of charges.

**Plea Agreement filed.**  Defendant sworn.

Waiver of Indictment executed.

Plea of guilty entered as to counts one, two and three of the **<u>INFORMATION.</u>**

Factual basis  ESTABLISHED.  Adjudication of GUILT Deferred

SENTENCING SCHEDULED FOR   To be determined

DEFENDANT  - REMANDED TO CUSTODY OF USMS

.