UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:23-cr-188-MSS-AEP

CARLOS RESTREPO-OSORIO

_____

### Consent to Institute a Presentence Investigation and Disclose the Report Before Conviction or Plea of Guilty

I, **CARLOS RESTREPO-OSORIO,** hereby consent to a presentence investigation by the

probation officers of the United States district courts. I understand and agree that the report of

the investigation will be disclosed to the judge and the attorney for the government, as well as to

me and my attorney, so that it may be considered by the judge in deciding whether to accept a plea

agreement that I may have reached with the government.

I have read, or had read to me, the foregoing consent and fully understand it.


Dated:   July 19, 2023
_____
Defendant


Dated:   July 19, 2023
_____
Defense Counsel

Richard J. Diaz
FBN 0767697