**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                    **CASE NO: 8:23-cr-188-MSS-AEP**

**CARLOS RESTREPO-OSORIO**

_____

**ACCEPTANCE OF PLEA OF GUILTY**
**AND ADJUDICATION OF GUILT**

This case having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty, (Dkt. 26) filed on July 19, 2023 and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge, (Dkt. 26) is ACCEPTED, AFFIRMED AND ADOPTED.

2. Defendant, Carlos Restrepo-Osorio has entered a plea of guilty to Counts One, Two and Three of the Information knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts One, Two and Three of the Information.

3. That sentencing is scheduled for **October 17, 2023 at 9:30 AM**. Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.

4. Sentencing memoranda **SHALL BE FILED IN EACH CASE** and shall be filed no later than ten (10) business days prior to the date of the sentencing hearing.

**DONE and ORDERED** in Tampa, Florida, this 4th day of August 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
U.S. Probation Office
U.S. Pretrial Services
U.S. Marshal Service