UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 23-cr-188-MSS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CARLOS EDUARDO RESTREPO-OSORIO
        Defendant.

_____/

## DEFENDANT CARLOS EDUARDO RESTREPO-OSORIO'S MOTION TO CONTINUE SENTENCING HEARING

Defendant **CARLOS EDUARDO RESTREPO-OSORIO** ("Mr. Restrepo") files this Motion to Continue Sentencing Hearing and states:

1. Mr. Restrepo's sentencing is currently scheduled for October 17, 2023.

2. A conflict exists for undersigned counsel regarding October 17, 2023. Specifically, undersigned counsel requires two related, consecutive surgeries nut separated by a recovering period from the first surgery to the second. The first surgery was scheduled for August 29, 2023, about a month ago. The second one has not been "finally" scheduled, but is projected for early October 2023, depending on the pace of undersigned's recovery from the first surgery. The recovery period for each surgery varies for every patient, but generally, it is about 2 -3 weeks after each surgery.

1

3. Accordingly, Mr. Restrepo respectfully requests the sentencing be continued until *after* the first week of November, 2023 when undersigned counsel has fully recovered from both surgeries.

4. Mr. Restrepo is pretrial detained and counts to the relief requested.

5. In compliance with Local Rule 3.01, undersigned counsel contacted counsel for the government – AUSA Joseph Ruddy – who advised that the government does not object to the continuance requested.

6. This motion is made in good faith and not for delay purposes.

WHEREFORE, Defendant prays this Court grant the relief requested herein.

Respectfully submitted,

/s/ Richard Diaz

_____

Richard J. Diaz
F.B.N. 0767697
3127 Ponce de León Blvd.
Coral Gables, FL  33134
Tel: 305-444-718
Fax: 305-444-8178
E-mail: rick@rjdpa.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed via CM/ECF and served upon all parties of record on this 9 day of August, 2023.

**s/ Richard Diaz**

_____
Richard J. Diaz, Esq.