# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  **CASE NO: 8:23-cr-188-MSS-AEP**

**CARLOS RESTREPO-OSORIO**

_____

## ORDER

THIS CAUSE is before the Court for consideration of the Defendant Carlos Eduardo Restrepo-Osorio's Motion to Continue Sentencing Hearing. (Dkt. 31) The Defendant is requesting that the sentencing, which is presently scheduled for October 17, 2023, be continued.

Accordingly, it is **ORDERED** as follows:

1. The Defendant's Defendant Carlos Eduardo Restrepo-Osorio's Motion to Continue Sentencing Hearing is hereby **GRANTED**.

2. The Sentencing in this case is rescheduled to **November 7, 2023 at 10:30 AM.** Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.

3. Sentencing memoranda **SHALL BE FILED IN EACH CASE** and shall be filed no later than ten (10) business days prior to the date of the sentencing hearing.

**DONE and ORDERED** in Tampa, Florida, this 15th day of August 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record
U.S. Marshal Service
U.S. Probation Office
U.S. Pretrial