UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO: 23-CR-00188-MSS-AEP

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLOS EDUARDO RESTREPO-OSORIO,

    Defendant.
_____/

**NOTICE OF WITHDRAW OF AMENDED MOTION FOR DEFENDANT CARLOS RESTREPO-OSORI'S ORDER UNSEALING SENTENCING TRANSCRIPT [D.E 96]**

For this Notice, the Defendant CARLOS EDUARDO RESTREPO-OSORIO ("Mr. Restrepo") states:

1. Upon further consideration, after the filing of [D.E. 96], Mr. Restrepo respectfully withdraws that motion and stands on his previously filed motion to unseal [D.E. 95].

    Respectfully submitted,

    s/ Richard J. Diaz
    _____
    Richard J. Diaz, Esq.
    3127 Ponce De Leon Blvd.
    Coral Gables, FL  33134
    Telephone: (305) 444-7181
    Facsimile: (305) 444-8178
    F.B.N. 0767697

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed and electronically served via CM/ECF this **3rd** day of November, 2025 upon counsel of record for the government.

s/ Richard Diaz

_____

Richard J. Diaz, Esq.